IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK SOMRACK, et al | ) | CASE NO. 1:10-CV-595 |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | DEFENDANT KENNAMETAL INC.'S |
| KENNAMETAL INC, et al | ) | PARTIAL MOTION TO DISMISS AND |
| | ) | MEMORANDUM IN SUPPORT |
| | ) | |
| Defendants. | ) | |

*[Handwritten on left margin: W/out objection / DENIED: ___ / GRANTED: X / IT'S SO ORDERED / [signature] U.S. District Judge 6/29/10]*

Now comes Defendant Kennametal Inc. ("Kennametal"), by and through counsel, and hereby respectfully moves this Court, pursuant to Federal Civil Rule 12(b)(6), to dismiss Count III of Plaintiffs Frank and Mary Somrack's (collectively "Plaintiffs") Complaint. As grounds for this Motion, more fully set forth in the accompanying Memorandum in Support, attached hereto and incorporated herein, Kennametal states as follows:

- Count III, an Ohio Consumer Sales Practices Act ("CSPA" or the "Act") claim pursuant to O.R.C. §1345.02 based on an allegedly unfair insurance premium and insurance plan, does not state a cognizable claim because the Act expressly excludes insurance transactions from its coverage and Ohio courts have consistently found that insurance policy disputes do not fall within the Act.

Thus, Plaintiffs can prove no set of facts entitling them to recovery on Count III and that claim must be dismissed.

{00887379 -3}